UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------

UNITED STATES OF AMERICA                ORDER TO APPEAR

  -against-                               CR-05-0822 (DRH)
                                                               CR-05-0834 (DRH)

MARK INGRAM
---------------------------------------------------------x

       IT IS HEREBY ORDERED that the defendant, MARK INGRAM, and current defense counsel in the above named case appear before this Court **on FRIDAY, AUGUST 17, 2007 AT 2:00 PM** at the United States District Court for the Eastern District of New York, **Courtroom 930, 100 FEDERAL PLAZA, CENTRAL ISLIP, NEW YORK.**

       The purpose of the appearance is to address defense counsel's motion to be relieved**.** Defendant shall report to Pre- trial services and file a financial affidavit before the scheduled appearance.

       Failure to appear will result in a warrant for the defendant's arrest.

       SO ORDERED.

                                                                                DENIS R. HURLEY,
                                                   UNITED STATES. DISTRICT JUDGE

DATED: Central Islip, New York
            July 25, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------

UNITED STATES OF AMERICA                    ORDER TO APPEAR

  -against-                                          CR-05-0822 (DRH)
                                                                      CR-05-0834 (DRH)

MARK INGRAM
---------------------------------------------------------x


       IT IS HEREBY ORDERED that the defendant, MARK INGRAM, and current defense counsel in the above named case appear before this Court **on FRIDAY, AUGUST 17, 2007 AT 2:00 PM** at the United States District Court for the Eastern District of New York, **Courtroom 930, 100 FEDERAL PLAZA, CENTRAL ISLIP, NEW YORK.**

       The purpose of the appearance is to address defense counsel's motion to be relieved**.** Defendant shall report to Pre- trial services and file a financial affidavit before the scheduled appearance.

       Failure to appear will result in a warrant for the defendant's arrest.


       SO ORDERED.

                                                                                                 DENIS R. HURLEY,
                                          UNITED STATES. DISTRICT JUDGE


DATED: Central Islip, New York
           July 25, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER TO APPEAR |
| -against- | CR-05-0822 (DRH)<br>CR-05-0834 (DRH) |
| MARK INGRAM | |

----------------------------------------------------------x

      IT IS HEREBY ORDERED that the defendant, MARK INGRAM, and current defense counsel in the above named case appear before this Court **on FRIDAY, AUGUST 17, 2007 AT 2:00 PM** at the United States District Court for the Eastern District of New York, **Courtroom 930, 100 FEDERAL PLAZA, CENTRAL ISLIP, NEW YORK.**

      The purpose of the appearance is to address defense counsel's motion to be relieved**.** Defendant shall report to Pre- trial services and file a financial affidavit before the scheduled appearance.

      Failure to appear will result in a warrant for the defendant's arrest.

      SO ORDERED.

                                                            DENIS R. HURLEY,
                                            UNITED STATES. DISTRICT JUDGE

DATED: Central Islip, New York
           July 25, 2007