UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X
UNITED STATES OF AMERICA

                                  ORDER ACCEPTING
      -against                          GUILTY PLEAS

MARK INGRAM                            CR-05-0822 (DRH)
                                              CR-05-0834 (DRH)

---------------------------------------------------------X

       The Court, having reviewed the plea minute of the proceedings held before Magistrate Judge Arlene R. Lindsay on November 30, 2005, finds that the allocution complies with the requirements of Rule 11 of the Federal Rules of Criminal Procedure. Accordingly, defendant's pleas to the charges in indictments CR-05-0822 and CR-05-0834 are accepted.

Dated: Central Islip, New York
August 17, 2007

                                                                        /S/
                                                       DENIS R. HURLEY
                                                   Senior U.S. District Judge