UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA,

              -against-

MARK V. INGRAM,

                      Defendant.
-----------------------------X

<u>MEMORANDUM AND ORDER</u>
05-CR-0822(DRH)
05-CR-0834(DRH)

A P P E A R A N C E S:

For the Government:
    Benton J. Campbell
    United States Attorney
    610 Federal Plaza
    Central Islip, New York 11722
      By: Richard Donoghue, A.U.S.A.

For Defendant:
    Raymond L. Colon, Esq.
    233 Broadway, 5th Floor
    New York, New York 10279

HURLEY, Senior District Judge

        Consistent with prior discussions had with defendant on May 28, 2008, the Court, by Order dated June 16, 2008, appointed Raymond L. Colon, Esq. as defendant's attorney for purposes of sentencing. Defendant is hereby directed to contact Mr. Colon at his office telephone number, to wit 212-964-8030 between the hours of 10:00 a.m. and 4:30 p.m. on a Monday through Friday on or before July 28, 2008.

        A copy of this Order has not only been provided to the attorneys, but also has been sent directly to defendant.

        SO ORDERED.

Dated: July 18, 2008
      Central Islip, New York

                          _____/s/_____
                           DENIS R. HURLEY, U.S.D.J.